```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

MICHAEL ATEEK,                    )
        Plaintiff,                )
                                  )
        v.                        )   CIVIL ACTION NO. 11-11566-DPW
                                  )
COMMONWEALTH OF MASSACHUSETTS,    )
        Defendant.                )
```

                    ORDER FOR DISMISSAL
                     September 27, 2011

WOODLOCK, D.J.

In accordance with the Memorandum and Order (Docket No. 5) directing dismissal of this action for the reasons stated therein, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

                                    By the Court,

                                    /s/ Jarrett Lovett
                                    Deputy Clerk